IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-31401
Summary Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TERENCE TAYLOR,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 99-CR-205-ALL-K
--------------------
September 25, 2000

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Terence Taylor appeals his conviction for possession of a firearm by a convicted felon. He asserts that the district court abused its discretion in denying his motion for a new trial because the jury verdict was against the great weight of the evidence and constituted a miscarriage of justice. After a review of the record, we hold that the district court used the correct standard of review for denying the motion and that the district court's denial was not a clear abuse of discretion. See United States v. Robertson, 110 F.3d 1113, 1117 (5th Cir. 1997);

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Wilson, 116 F.3d 1066, 1091-92 (5th Cir. 1997);

United States v. Munoz, 150 F.3d 401, 413 (5th Cir. 1998).

Taylor's conviction is AFFIRMED.